GEORGINA PRIETO VDA. DE PIÑERO ET AL., demandantes y recurrentes, *v.* MARYLAND CASUALTY COMPANY y EDWIN V. GOSS, demandados terceros demandantes y recurridos; TRANSPORTE METROPOLITANO, INC. y UNITED STATES CASUALTY CO., terceras demandadas y recurridas.

*Número:* 515     *Resuelto:* 3 de diciembre de 1970

*Rodríguez Ema, Rodríguez Ramón, Benítez Gautier* y *Zequeira,*
    *D. Padín Mimoso* y *A. Emanuelli Belaval,* abogados del de-
    mandado y recurrido *Edwin V. Goss; Luis R. Polo* y *Jaime*
    *A. García Blanco,* abogados de los demandantes y recurrentes.

SENTENCIA

(EN RECONSIDERACIÓN)

Solicitó la parte demandada la reconsideración de la
sentencia dictada por este Tribunal revocando la del tribu-
nal de instancia y declarando con lugar la demanda. Acce-
dimos a reconsiderar aquella parte de la misma que fija
el por ciento de responsabilidad atribuible al causante de
los demandantes. Oídas las partes sobre este extremo y con-
sideradas las circunstancias presentes, se modifica la sen-
tencia en el sentido de atribuirle al causante de los deman-
dantes un 50% de responsabilidad. Como consecuencia se
modifica la sentencia en el sentido de condenar a Edwin V.
Goss a pagar por concepto de daños y perjuicios a la parte
demandante la suma final de cien mil dólares ($100,000.00)
a distribuirse así: para la demandante Georgina Prieto la
cantidad de $12,500 y el remanente de $87,500 por partes
iguales para los cuatro hijos codemandantes Georgina María,
Celia María, Héctor y José Ramón de apellidos Piñero
Prieto.

En cuanto a todos los otros pronunciamientos se ratifica
nuestra sentencia de 12 de febrero de 1970.

El Juez Presidente Señor Negrón Fernández no intervino
al igual que el Juez Asociado Señor Santana Becerra.

El Juez Asociado Señor Pérez Pimentel disiente por en-
tender que no debe atribuírsele negligencia alguna al cau-
sante de los demandantes. El Juez Asociado Señor Hernández
Matos se ratifica en su posición de que sólo debe atribuirse
un 30% de negligencia.

Así lo pronunció y manda el Tribunal y certifica el
Secretario.